IN THE UNITED STATES COURT OF APPEALS
FOR THE FEDERAL CIRCUIT

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

| | |
|---|---|
| J. J. Powell, Inc. | \* |
| | \* |
| Plaintiff-Appellant | \* |
| | \* |
| v. | \*  NO.  17-2213 |
| | \* |
| THE UNITED STATES | \* |
| | \* |
| Defendant-Appellee | \* |
| | \* |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

UNOPPOSED MOTION FOR VOLUNTARY
DISMISSAL OF APPEAL

  J.J. Powell, Inc., appellant herein, by its counsel, and pursuant to Rule 42(b) of the Federal Rules of Appellate Procedure respectfully moves this Court for voluntary dismissal of the appeal in the above entitled case, and, in support of this motion states as follows:

  1. J.J. Powell, Inc., Plaintiff-Appellant has decided that it would like to dismiss its appeal.

  2. Julie Ciamporcero Avetta, counsel for the appellee, The United States, has advised that she does not oppose the dismissal of J.J. Powell, Inc.'s appeal.

WHEREFORE, it is respectfully requested that the appeal taken by J.J. Powell, Inc. from the judgment of the United States Court of Federal Claims be dismissed with prejudice, with each party to bear its own appellate costs and attorney's fees in Case No. 17-2213.

Respectfully submitted,

/s/Cloyd F. Van Hook
Cloyd F. Van Hook
Guarisco Cordes & Lala, LLC
601 Poydras St., Ste 2355
New Orleans, LA 70130
Phone: (504) 587-7007
Fax: (504) 587-9067
Email: cloyd@gctaxlaw.com
Attorney for J. J. Powell, Inc.

Dated: July 26, 2017

# IN THE UNITED STATES COURT OF APPEALS
## FOR THE FEDERAL CIRCUIT

```
* * * * * * * * * * * * * * * * *
J. J. Powell, Inc.              *
                                *
Plaintiff-Appellant             *
                                *
          v.                    *        NO.   17-2213
                                *
THE UNITED STATES               *
                                *
Defendant-Appellee              *
                                *
* * * * * * * * * * * * * * * * *
```

## DECLARATION

Cloyd F. Van Hook, of Guarisco, Cordes & Lala, LLC, states as follows:

1. I am an attorney representing J.J. Powell, Inc. and in that capacity I have been assigned primary responsibility for the above entitled appeal

2. The facts recited in the foregoing unopposed motion for voluntary dismissal of appeal are true to the best of my knowledge and belief.

I declare under penalty of perjury, pursuant to 28 U.S.C. § 1746, that the foregoing is true and correct. Executed this 26th day of July, 2017 in New Orleans, LA.

/s/Cloyd F. Van Hook
Cloyd F. Van Hook
Guarisco Cordes & Lala, LLC
601 Poydras St., Ste 2355
New Orleans, LA 70130
Phone:  (504) 587-7007
Fax:  (504) 587-9067
Email:  cloyd@gctaxlaw.com
Attorney for J. J. Powell, Inc.

## CERTIFICATE OF SERVICE

It is hereby certified that on July 26, 2017, the foregoing motion was electronically filed with the Clerk of Court by using the ECF system.

/s/Cloyd F. Van Hook
Cloyd F. Van Hook
Guarisco Cordes & Lala, LLC
601 Poydras St., Ste 2355
New Orleans, LA 70130
Phone:  (504) 587-7007
Fax:  (504) 587-9067
Email:  cloyd@gctaxlaw.com
Attorney for J. J. Powell, Inc.